**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF: A.L.S., A MINOR | : No. 765 MAL 2019 |
| | : |
| | : |
| PETITION OF: A.S., FATHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.